| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nordberg, John A. | Northern District of Illinois | 7/7/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Senior | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Chambers 1886 <br> 219 South Dearborn Street <br> Chicago, Illinois 60604-1706 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee - non-paid | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 JUL 12 A 8: 48 DISCLOSURE OFFICE

Nordberg, John A.

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 7/7/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 7/7/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mylan Labs, Inc. C.S. | | None | L | T | | | | | |
| 2. Valspar Corp. C.S. | D | Dividend | N | T | | | | | |
| 3. Sprint Nextel Corp. C.S. | | None | J | T | | | | | |
| 4. Waste Management C.S. | A | Dividend | J | T | | | | | |
| 5. Dreyfus W.W.D.M.M.F. | A | Dividend | J | T | | | | | |
| 6. Fidelity Select Health M.F. | A | Dividend | L | T | | | | | |
| 7. Nicholas M.F. | A | Distribution | J | T | | | | | |
| 8. Nicholas II M.F. | A | Distribution | L | T | | | | | |
| 9. Nicholas Ltd. M.F. | A | Distribution | J | T | | | | | |
| 10. T.R. Price Int'l Disc. M.F. | A | Distribution | K | T | | | | | |
| 11. T.R. Price Int'l Stk. M.F. | A | Distribution | K | T | | | | | |
| 12. T.R. Price Sci-Tech. M.F. | | None | K | T | | | | | |
| 13. Columbia Mid-Cap Growth F. | C | Distribution | M | T | | | | | |
| 14. American Century Ultra M.F. | B | Dividend | N | T | | | | | |
| 15. Fidelity Div. Growth M.F. IRA | D | Distribution | M | T | Sold (part) | 12/31/09 | K | | Redemption MRD |
| 16. Illinois Judges' Retir. Pension | E | Distribution | N | W | | | | | |
| 17. AIM Health Sciens F. | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 7/7/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Bancorp C.S. | A | Dividend | K | T | | | | | |
| 19. Gabelli Global Telecomm. F. | A | Distribution | K | T | | | | | |
| 20. Alltel C.S. | A | Dividend | K | T | | | | | |
| 21. Trust #1 - See VIII | C | Royalty | J | W | | | | | |
| 22. ComCast Corp. New Class A C.S. | A | Dividend | J | T | | | | | |
| 23. Wells Fargo Co.. | A | Dividend | K | T | | | | | |
| 24. Wells Fargo Common Stock Mutual Fund | | None | L | T | | | | | |
| 25. Pfizer Corp. C.S. | A | Dividend | J | T | | | | | |
| 26. Charles Schwab M.M.F. | A | Interest | J | T | | | | | |
| 27. Janus Overseas M.F. | A | Dividend | K | T | | | | | |
| 28. Paychex C.S. | A | Dividend | K | T | | | | | |
| 29. General Dynamics | A | Dividend | K | T | | | | | |
| 30. AT&T Corp. | B | Dividend | K | T | | | | | |
| 31. Western Union Co. | A | Dividend | J | T | | | | | |
| 32. Spousal Investments | | | | | | | | | |
| 33. AT&T Corp. | B | Dividend | K | T | | | | | |
| 34. DeVry Inc. C.S. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 7/7/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CenturyTel Inc. (formerly Embarq Corp.) | A | Dividend | J | T | | | | | |
| 36. Diamond Hill Finl Trends | | None | J | T | | | | | |
| 37. Johnson & Johnson C.S. | C | Dividend | M | T | | | | | |
| 38. Kilroy Realty C.S. | A | Dividend | K | T | | | | | |
| 39. Eli Lilly & Co. C.S. | A | Dividend | J | T | | | | | |
| 40. M.G.I.C. C.S. | A | Dividend | J | T | | | | | |
| 41. Mylan Labs | | None | J | T | Sold (part) | 04/14/09 | J | | |
| 42. | | | | | Sold (part) | 07/09/09 | J | | |
| 43. | | | | | Buy (add'l) | 08/12/09 | J | | |
| 44. Northern Trust C.S. | A | Dividend | J | T | | | | | |
| 45. Paychex Inc. C.S. | A | Dividend | J | T | Buy (add'l) | 08/12/09 | J | | |
| 46. Sprint Nextel Corp. | | None | J | T | | | | | |
| 47. Windstream C.S. | A | Dividend | J | T | | | | | |
| 48. Columbia Acorn Int'l F. | A | Dividend | K | T | | | | | |
| 49. Evergreen M.M. Trust | A | Dividend | J | T | | | | | |
| 50. Nicholas F. | B | Dividend | M | T | | | | | |
| 51. Berkshire Hathaway Cl. B | | None | J | T | Sold (part) | 07/09/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 7/7/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. M&I Bank Baird M.M.F. | A | Interest | J | T | | | | | |
| 53. Charles Schwab M.M.F. | A | Interest | J | T | | | | | |
| 54. Chase Bank Checking | A | Interest | J | T | | | | | |
| 55. Fidelity Div. Growth IRA | C | Distribution | L | T | Part. Redemp | 12/31/09 | J | | |
| 56. Gabelli Global Telecom M.F. | A | Distribution | J | T | | | | | |
| 57. Wells Fargo Co. | C | Distribution | L | T | | | | | |
| 58. Wells Fargo Common Stock Mutual Fund | A | Dividend | L | T | | | | | |
| 59. Capital Fed. Finl. C.S. | A | Dividend | | | Sold (part) | 07/09/09 | J | | |
| 60. Capital Fed. Finl. C.S. | A | Dividend | | | Sold | 08/25/09 | J | | |
| 61. Charter Fin. Corp. West C.S. | A | Dividend | | | Sold | 07/09/09 | J | | |
| 62. Investors Bancorp | | None | | | Sold | 08/26/09 | J | | |
| 63. Stamps.com | | None | | | Sold (part) | 07/09/09 | J | | |
| 64. Stamps.com | | None | | | Sold | 11/04/09 | J | | |
| 65. Adobe | | None | | | Sold (part) | 07/09/09 | J | | |
| 66. Adobe | | None | | | Sold | 10/13/09 | J | | |
| 67. Brown-Forman Corp Cl. B | A | Dividend | J | T | Buy (add'l) | 08/12/09 | J | | |
| 68. Canadian Superior Energy Inc. | | None | | | Sold | 01/13/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | PJ =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 7/7/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Eaton Vance Corp. | A | Dividend | J | T | Buy (add'l) | 08/12/09 | J | | |
| 70. Fastenal Company | A | Dividend | J | T | | | | | |
| 71. Fiserv Inc. | | None | J | T | | | | | |
| 72. Johnson Controls Inc | A | Dividend | | | Sold | 05/12/09 | J | | |
| 73. Markel Corp. | | None | J | T | Sold (part) | 07/09/09 | J | | |
| 74. Markel Corp. | | None | J | T | Buy (add'l) | 08/12/09 | J | | |
| 75. Sigma Aldrich Corp. | A | Dividend | J | T | Buy (add'l) | 08/12/09 | J | | |
| 76. Winn Dixie Stores Inc. | | None | J | T | Sold (part) | 07/09/09 | J | | |
| 77. Winn Dixie Stores, Inc. | | None | | | Sold | 10/28/09 | J | | |
| 78. Market Vectors ETF TR Gold Miners Fund | | None | | | Sold | 06/11/09 | J | | |
| 79. Proshares Trust Short S&P 500 | | None | | | Sold | 05/05/09 | J | | |
| 80. Proshares Trust Short Russell 2000 | | None | | | Sold | 05/05/09 | J | | |
| 81. Rydex Inverse Russell 2000 | | None | | | Sold | 05/05/09 | K | | |
| 82. Rydex Inverse S&P 500 | | None | | | Sold | 05/05/09 | K | | |
| 83. Chevron Corp. C.S. | A | Dividend | J | T | Buy | 8/18/09 | J | | |
| 84. Cimarex Energy Co. | A | Dividend | | | Sold (part) | 07/09/09 | J | | |
| 85. Cimarex Energy Co. | A | Dividend | | | Buy (add'l) | 08/12/09 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 7/7/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Cimarex Energy Co. | | None | | | Sold | 08/31/09 | J | | |
| 87. Intersections Inc. | | None | J | T | Sold (part) | 07/09/09 | J | | |
| 88. Leucadia National Corp. | | None | | | Sold (part) | 07/09/09 | J | | |
| 89. Leucadia National Corp. | | None | | | Sold | 11/04/09 | J | | |
| 90. Roche Holding Limited Sponsored ADR | A | Dividend | J | T | Sold (part) | 07/09/09 | J | | |
| 91. Roche Holding Limited Sponsored ADR | | None | J | T | Buy (add'l) | 08/12/09 | J | | |
| 92. SPDR Gold Trust Gold Shares | | None | J | T | | | | | |
| 93. Vulcan Materials Co. | A | Dividend | | | Sold | 05/04/09 | J | | |
| 94. BCG Partners Inc. | A | Dividend | | | Sold (part) | 07/09/09 | J | | |
| 95. BCG Partners Inc. | | None | | | Sold | 12/09/09 | J | | |
| 96. Cisco Systems Inc. | | None | J | T | Buy | 11/04/09 | J | | |
| 97. Integrys Energy Group | A | Dividend | J | T | Buy | 06/22/09 | J | | |
| 98. Integrys Energy Group | A | Dividend | J | T | Buy (add'l) | 08/12/09 | J | | |
| 99. Integrys Energy Group | A | Dividend | J | T | Sold (part) | 11/04/09 | J | | |
| 100. Microsoft Corp | A | Dividend | J | T | Buy | 08/18/09 | J | | |
| 101. Oracle | | None | J | T | Buy | 11/04/09 | J | | |
| 102. Pepsico Inc. | A | Dividend | J | T | Buy | 08/18/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Nordberg, John A. | 7/7/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pfizer Inc. | A | Dividend | J | T | Buy | 08/18/09 | J | | |
| 104. Procter & Gamble Co | A | Dividend | J | T | Buy | 08/18/09 | J | | |
| 105. Quidel Corp | | None | J | T | Buy | 05/14/09 | J | | |
| 106. Wal-Mart Stores Inc. | | None | J | T | Buy | 11/04/09 | J | | |
| 107. Abbott Laboratories | A | Dividend | J | T | Buy | 09/14/09 | J | | |
| 108. International Speedway Corp | | None | | | Sold | 01/27/09 | J | | |
| 109. Rydex S&P 500 Fund Cl A | | None | | | Buy | 05/05/09 | J | | |
| 110. Rydex S&P 500 Fund Cl A | | None | | | Sold | 07/09/09 | K | | |
| 111. Rydex Russell 2000 Cl A | | None | | | Buy | 05/05/09 | K | | |
| 112. Rydex Russell 2000 Cl A | | None | | | Sold | 07/09/09 | K | | |
| 113. Ishares Barclays TIPS | A | Dividend | | | Buy | 01/27/09 | J | | |
| 114. Ishares Barclays TIPS | A | Dividend | | | Buy (add'l) | 06/22/09 | J | | |
| 115. Ishares Barclays TIPS | A | Dividend | | | Buy (add'l) | 07/09/09 | K | | |
| 116. Ishares Barclays TIPS | A | Dividend | | | Sold | 08/12/09 | K | | |
| 117. Vanguard Fixed Short Term | A | Dividend | | | Buy | 01/28/09 | J | | |
| 118. Vanguard Fixed Short Term | A | Dividend | | | Buy (add'l) | 06/23/09 | J | | |
| 119. Vanguard Fixed Short Term | A | Dividend | | | Buy (add'l) | 07/10/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50.001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 7/7/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Fixed short Term | A | Dividend | | | Sold | 08/13/09 | K | | |
| 121. Baird Core Plus Bond | A | Dividend | J | T | Buy | 07/09/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Nordberg, John A. | 7/7/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

#21. Trust #1 – sole assets: cash and partial interest in oil and gas rights in Texas County, Oklahoma. As of December 31, 2009, I was one of the remaining 4 beneficiaries with approximately 1/4 interest in Trust.

International Speedway Corp inadvertently omitted on prior report.

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 7/7/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFI[...]IVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544